702 A.2d 473

IN THE MATTER OF RICHARD P. SCHUBACH,
AN ATTORNEY AT LAW.

November 12, 1997.

## ORDER

The Disciplinary Review Board on July 25, 1997, having filed with the Court its decision concluding that **RICHARD P. SCHUBACH** of **RARITAN**, who was admitted to the bar of this State in 1983, be reprimanded for violating *RPC* 1.4 (failure to keep client reasonably informed); and *RPC* 1.15(b) (failure to return client property), and good cause appearing;

It is ORDERED that **RICHARD P. SCHUBACH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.